Sonny James Floyd
Bullock Correctional Facility
Union Springs, Al
      36089-5107

I Sonny James Floyd state that the following statements are true to the best of my ability.

In the year 2-4-99 I was sent to Alabama State Prison from Jackson County for 1st degree robbery. In '991 I injured my back do to work related accident which in turn causal me to have mental defects. When I was sentenced and went to Kilby Correctional Doctor Sanders put me in the mental ward. After that I started hearing voices. I got out of prison in 2000. The voices went away. I was on a split sentences which was 13 months split 10 4 years probation. I violated my probation because I was sick and unable to work. Due to no work I was unable to pay probation and was violated. When I came back to prison I went to Kilby and they sent me to ventnoes in 2001. At that point I started hearing voices again and not just voices. They were actualy talking to me though a micro computer chip, that was put in my brain. They do it from a computer through a satilight or something in

space. I could talk to them and they could talk to me. I figured out what they were doing when I got to Ventress. Somebody in the Dept of Corrections has terrorized me from 1999 until 2003, off and on. They left the computer on me for so long that I have come inches from death 5 times. This has caused me severe brain damage and heart troubles and not what the long term effect will be. I'm not saying that the D.O.C. put the chip in my body, but someone has ruining my life. I am going to find out who did it and when and why they did it. I want to know how to get it out. I want MRI scan. I want a federal Court order for this. I have other medical problems that need attention. When they find the chip I want to be put in federal custody away from the state.

Statement by: _Sonny J. Floyd_
Sonny James Floyd

Dated: 7-25-05

Sworn to and Subcribed before me this the _____ day of _____ 2005.

Notary Public: 

My Comm Expires:

Sworn to and subcribed before me this the ____ day of _____, 2005.

Notary Public:

My Comm Expires: