RECEIVED
2005 AUG -2 A 10:45

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Sonny James Floyd 203115 )
Full name and prison number of )
plaintiff(s) )
                              )
        v.                    )
                              )   CIVIL ACTION NO. 2:05CV718-F
Alabama Department of         )   (To be supplied by the Clerk of the
Corrections,                  )   U.S. District Court)
                              )
Prison Mental Health          )
                              )
Services.                     )
Name of person(s) who violated )
your constitutional rights.   )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.  Parties to this previous lawsuit
            Plaintiff(s) _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if state court, name the county)
            _____
            _____

        3.  Docket No. _____

        4.  Name of judge to whom case was assigned _____

SCANNED
8/3/05

     5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

     6. Approximate date of filing lawsuit _____

     7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Bullock Correctional Facilty**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Draper Correctional. Ventress Correctional**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                 ADDRESS

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **year (1999) (2001 + 2003)**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

_____
_____
_____
_____

-2-

GROUND TWO: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
_____
_____
_____
_____

X *Sonny Floyd*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

X EXECUTED on Aug - 4 - 05
            (date)

X *Sonny Floyd*
Signature of plaintiff(s)

RECEIVED 2005 AUG -8 A 9 58
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA