Case Number

___ID___ ___YR___ ___NUMBER___
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

2005 AUG 2 A 10:45

_____
[Insert appropriate court]

Sonny James Floyd
_____
(Petitioner)

CA 2:05CV718-F

vs.

_____
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Sonny James Floyd 203115, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____   No ✓

   b. Rent payments, interest, or dividends?
      Yes _____   No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes _____   No ✓

   d. Gifts or inheritances?
      Yes _____   No ✓

   e. Any other sources?
      Yes _____   No ✓

SCANNED 8/31/05

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on _____
                         (Date)

   *Sonny James Floyd*
   Signature of Petitioner

   ## CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ __3.70__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

   7/26/05
   DATE

   7/26/2005
   *Patsy Faulkner*
   AUTHORIZED OFFICER OF INSTITUTION
   BULLOCK COUNTY CORR. FACILITY

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                   BULLOCK CORRECTIONAL FACILITY


AIS #: 203115       NAME: FLOYD, SONNY                AS OF: 07/26/2005

                   # OF      AVG DAILY         MONTHLY
       MONTH       DAYS       BALANCE          DEPOSITS
-------------------------------------------------------------------------

        JUL         5          $1.62            $0.00
        AUG        31          $1.62            $0.00
        SEP        30          $2.62           $10.00
        OCT        31         $11.46           $30.00
        NOV        30          $1.04            $0.00
        DEC        31          $5.36           $30.00
        JAN        31         $10.64           $50.00
        FEB        28          $6.43            $0.00
        MAR        31         $10.45           $40.00
        APR        30          $8.01            $0.00
        MAY        31          $1.59            $0.00
        JUN        30          $1.59            $0.00
        JUL        26          $5.52           $25.00
```