IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONNY JAMES FLOYD, #203115, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv718-F |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On August 10, 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that this case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this the 8th day of September, 2005.

                                                            Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE