IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SONNY JAMES FLOYD, #203115,          )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )   CIVIL ACTION NO. 2:05cv718-F
                                     )
ALABAMA DEPT. OF CORRECTIONS, *et al.*,  )
                                     )
          Defendants.                )

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this case is DISMISSED prior to service of process.

Done this the 8th day of September, 2005.

                              Mark E. Fuller
_____  CHIEF UNITED STATES DISTRICT JUDGE